FORM 1

UNITED STATES COURT OF INTERNATIONAL TRADE

| Jinhe Biotechnology Co., Ltd. | |
|---|---|
| Plaintiff, | **SUMMONS** |
| v. | Court No. |
| UNITED STATES, Defendant. | |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Omaha, Nebraska | Center (if known): | Pharmaceuticals, Health and Chemicals |
|---|---|---|---|
| Protest Number: | 351221100547 | Date Protest Filed: | 12/22/2021 |
| Importer: | Jinhe Biotechnology Co., Ltd. | Date Protest Denied: | 01/09/2024 |
| Category of Merchandise: | Chlortetracycline Feed Grade Concentrate and Chlortetracycline Hydrochloride (antibiotics for veterinary use) | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 231-9911914-5 | 06/18/2020 | 05/14/2021 | 231-9912483-0 | 07/10/2020 | 05/28/2021 |
| 231-9912069-7 | 06/25/2020 | 05/14/2021 | 231-9912690-0 | 07/16/2020 | 07/16/2021 |
| 231-9911768-5 | 06/03/2020 | 04/23/2021 | 231-9912896-3 | 07/22/2020 | 06/04/2021 |
| 231-9912267-7 | 06/04/2020 | 05/28/2021 | 231-9922532-2 | | 11/05/2021 |

Jessica R. Rifkin
Olsson Frank Weeda Terman Matz PC
2000 Pennsylvania Avenue NW, Ste. 4003
Washington, DC 20006
(202) 518 - 6321
jrifkin@ofwlaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Chlortetracycline Feed Grade Concentrate<br><br>Chlortetracycline Hydrochloride | 2309.90.9500<br>9903.88.03 | 1.4%<br>25% | 2941.30.0000 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Plaintiff contests CBP's decisions as to (1) the classification and rate and amount of duties chargeable for these entries; (2) all charges or exactions of whatever character within the jurisdiction of the Secretary of the Treasury; and (3) the liquidation of these entries. Specifically, plaintiff contests CBP's reclassification and liquidation of the goods covered by these entries (chlortetracycline feed grade concentrate and chlortetracycline hydrochloride) in 2309.90.9500/1.4% plus 9903.88.03/25% and claims that the entries are properly classifiable and should have been classified and liquidated in 2941.30.0000/Free and without the imposition of Section 301 List 3 duties, as per H325604 (Aug. 31, 2023). See Attachment to Summons Form 1-2.

The issue which was common to all such denied protests:

See attachment to Summons Form 1-2.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jessica R. Rifkin
Signature of Plaintiff's Attorney

07/08/2024
Date

## SCHEDULE OF PROTESTS

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 351221100547 (continued) | 12/22/2021 | 01/09/2024 | 231-9922090-1 | | 11/05/2021 | 3512 |
| 351221100547 | 12/22/2021 | 01/09/2024 | 231-9919214-2 | | 11/05/2021 | 3512 |
| 351221100547 | 12/22/2021 | 01/09/2024 | 231-9918196-2 | | 11/05/2021 | 3512 |
| 351221100547 | 12/22/2021 | 01/09/2024 | 231-9916462-0 | | 11/05/2021 | 3512 |
| 351221100547 | 12/22/2021 | 01/09/2024 | 231-9914031-5 | | 08/13/2021 | 3512 |
| 351221100547 | 12/22/2021 | 01/09/2024 | 231-9913156-1 | | 07/30/2021 | 3512 |
| 351221100547 | 12/22/2021 | 01/09/2024 | 231-9912199-2 | | 05/28/2021 | 3512 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

ATTACHMENT TO SUMMONS FORM 1-2

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
And the issue which was common to all such denied protests:
1. Whether chlortetracycline feed grade concentrate and chlortetracycline hydrochloride for veterinary use is properly classifiable in 2941.30.0000/Free, and whether they are subject to Section 301 List 3 duties. See H325604 (Aug. 31, 2023). 2. Please note that in addition to the entries listed in this Summons, Protest No. 351221100547 covered a number of other entries as to which CBP granted this protest and which are not included in this action, which is limited only to the entries listed in this summons. CBP denied Protest No. 351221100547 as untimely filed as to Entry Nos. 231-9911914-5, 231-9912069-7, 231-9911768-5, 231-9912483-0, 231-9912690-0, and 231-9912896-3. Plaintiff claims that the 180 day protest filing period provided by 19 USC 1514(c)(3) should be equitably tolled for these 7 entries because CBP failed to provide timely and compliant notice of the liquidation of these entries. See Sea-Land Service, Inc. v. United States, 812 F. Supp. 222 (Ct. Int'l Trade 1993), vacated on other grounds, 829 F. Supp. 393 (Ct. Int'l Trade 1993). 3. CBP's denial of the protest as to Entry No. 231-9912690-0 as untimely filed was erroneous because protest was filed on the 159th day after liquidation of this entry. 4. While Entry Nos. 231-9922532-2, 231-9922090-1, 231-9919214-2, 231-9918196-2, 231-9916462-0, 231-9914131-5, 231-9913156-1, and 231-9912199-2 are not listed in ACE as associated with Protest No. 35122110054-7, the protest language filed with CBP on Protest 351221100547 clearly included these entries and CBP stated that these entries had been included in protests filed with it. 4. Please note that all liquidated duties, charges or exactions have not yet been paid due to CBP's failure to provide timely and compliant notice of amounts due. See Atteberry v. United States, 27 C.I.T. 1070 (Ct. Int'l Trade 2003), vacated on other grounds, 33 C.I.T. 133 (Ct. Int'l Trade 2007).