UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:

_____
JINHE BIOTECHNOLOGY CO., LTD.,          :
                                        :
                    Plaintiff,          :          Court No. 24-00115
                                        :
          v.                            :
                                        :
U.S. CUSTOMS AND BORDER PROTECTION,     :
                                        :
                    Defendants.         :
_____ :

<u>**NOTICE OF SUBSTITUTION OF ATTORNEY**</u>

PLEASE TAKE NOTICE that Marcella Powell hereby enters her appearance as principal

attorney of record for the United States, defendant in the above-captioned action, and requests that

all papers in connection therewith be referred to his attention.  Nico Gurian may be removed as an

attorney of record in this matter.

                                        Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        PATRICIA M. McCARTHY
                                        Director

                    By:                 JUSTIN R. MILLER
                                        Attorney-In-Charge
                                        International Trade Field Office

                                        <u>/s/ Marcella Powell</u>
                                        MARCELLA POWELL
                                        Senior Trial Counsel
                                        Department of Justice, Civil Division
                                        Commercial Litigation Branch
                                        26 Federal Plaza, Suite 346
                                        New York, New York 10278
                                        (212) 264-1873
Dated:  November 14, 2025               *Attorneys for Defendant*